UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| v. ] | CASE NO. 2021-MJ-293 (02) |
| STEPHANIE MILLER ] | ZMF |

**NOTICE OF APPEARANCE FOR DEFENDANT STEPHANIE MILLER**

Please note the appearance of undersigned counsel, Joanne Slaight, for defendant Stephanie Miller, appointed under the Criminal Justice Act, *nunc pro tunc* to March 17, 2021.

Respectfully submitted,

/s/

Joanne D. Slaight, #332866
400 7th Street, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969
Fax (202) 393-0536
Email:   jslaight@att.net