**From:** Bethanie Hatcher
**Date:** October 8, 2021 at 8:33:47 AM EDT
**To:** Stephanie
**Subject: Letter**

Dear Your Honor,

Stephanie Miller is my sister. She is a very reliable person and is always helpful anytime she can be. Through our adult life she has help me to many things and help me with my children many times. She is a trustworthy and honest person.
She is hard-working and always looking for ways to help others so that they don't have all the burden on them. Stephanie has been through a lot in her lifetime but has never let it affect the way that she treats the people around her.
Our relationship has grown through the past few years. She is respectful, caring, and always looking to help others in their times of need.
She is an aunt to my two children and they absolutely love and adore her. She helps me often with them while I am working.
I hope this letter helps you to understand her character and personality a little more.
Thank you for your time

Bethanie Hatcher