"Dear Your Honor:"

My name is Mark Nisonger! I am the proud Father/Dad of Stephanie Danielle Nisonger-Miller! Let me begin by saying I worked very hard as a parent to teach my daughter very good values that would accompany her through life! Things such as hard work pays off, and to treat people with respect and courtesy, to always tell the truth even when its difficult to do so, and most importantly to believe in God & to have faith in things that are beyond our comprehension! Through trial & tribulation I believe I achieved that goal with flying colors as Steph has ~~been~~ become a very good mother, daughter, friend to some, and overall good human being on this great big marble we call Earth/Home"! I also taught her to learn from her mistakes and put them behind her which

I FEEL IS WHAT SHE WANTS & DESIRES TO DO! IN CLOSING PLEASE LET ME ASK AS A FATHER FOR LENIENCY FOR MY DAUGHTER STEPHANIE MILLER SO SHE CAN MOVE ON WITH HER LIFE & PUT IT BEHIND HER!!

THANK YOU

SINCERELY

Mark Heisinger