Exhibit D

From: **Janet Miller**
Date: Sat, Sep 18, 2021 at 11:09 PM
Subject:
To:

Dear Your Honor,

   I am Stephanie Miller's mother in law. I've known Stephanie for the last 11 years, she has been a blessing to my son. She is kind

hearted and very honest in what she believes in. My relationship with Stephanie is very good. We have an open and honest relationship.

I have seen growth in Stephanie over the years and seen her passion to support my son Brandon Miller. Although we all have different

passions and views, I believe oneself should be free to express it, whether we agree or not.

   Stephanie is a very supportive and attentive to her son and husband as well as family and friends. She is a bright young lady with the

whole ahead of her to make a difference in someone's life.

   I pray that given the circumstances, you find her to be all I described above!

   Thank you for your time Your Honor!


Sincerely,

Janet Miller