Dear Your Honor,

    First off I would like to apologize for the poor decision I made that has put me in front of you.

    I can truly say that this is completely out of character for me to be involved in such. I do understand that there were items destroyed and people hurt during this all happening. And to the families of those people I am truly sorry that I chose to be around people that did cause all of that.

    Unfortunately, I did go into the capital building and through a previously broken window. I understand that was wrong and I have paid dearly for my decision and I accept that it is completely on me and my decision.

    I truly appreciate the kindness you have shown me during our previous hearings and I can assure you will never see me back in front of you in the future.

    Once again from the bottom of my heart I do apologize for my action and poor decision making.

    I am ready to accept my sentencing and move on from this with a serious lesson learned, that

being to not follow others and be more of a leader when in tough situations that can not only help me make smarter and better decisions, but to guide others to do the same.

Thank you for taking the time to hear my apology, your honor.

Sincerely
Stephanie Miller